IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| TERRIE SHEPHERD, | ) | Civil Action No.: 0:20-cv-02891-JMC |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| KILOLO KIJAKAZI,[1] Acting | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court pursuant to Defendant's Uncontested Motion to Remand pursuant to Sentence Four of 42 U.S.C. § 405(g). (ECF No. 17.) Defendant asserts that remand is appropriate for "further evaluation of Plaintiff's disability claim . . . to reconsider Plaintiff's subjective complaints in a manner consistent with Social Security Rulings 12-2p and 16-3p; reconsider Plaintiff's residual functional capacity; reconsider whether Plaintiff can perform her past relevant work; if necessary, obtain new vocational expert evidence; and issue a new decision." (ECF No. 17 at 1.)  Therefore, after consideration of Defendant's Motion and Plaintiff's consent (*see id.*), the court **GRANTS** Defendant's Uncontested Motion to Remand (ECF No. 17), **ENTERS** Final Judgment under Rule 58 of the Federal Rules of Civil Procedure, and **REMANDS** this case to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

*J. Michelle Childs*
United States District Judge

December 8, 2021
Columbia, South Carolina

---

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of Social Security; therefore, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi may be substituted for Andrew Saul as Defendant in this suit.  According to 42 U.S.C. § 405(g), this substitution does not affect the viability of this suit.